RECEIVED
MAR - 9 2017
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
__Eastern__ DIVISION

__Obed Brown__ )
**NAME OF THE PLAINTIFF** )
)
- vs - )
)
__Express Scripts__ ) Case No.
__1 Express Way__ )
__St. Louis, MO 63121__ )
) JURY TRIAL DEMANDED
)
) YES ✓   NO ___
)
**NAME OF THE DEFENDANT OR** )
**DEFENDANTS** (Enter above the full name(s) of )
ALL defendant(s) in this lawsuit. Please )
attach additional sheets if necessary. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe) Continued retaliation, wrongful termination and deprivation of rights under color of law

**PARTIES**

2. Plaintiff's name: Obed Brown

    Plaintiff's address: 6145 Lalite
    Street address or P.O. Box

    St. Louis, MO 63136
    City/ County/ State/Zip Code

    (314)764-0939 or (314)381-8381
    Area code and telephone number

3. Defendant's name: Express Scripts

    Defendant's address: 1 Express Way
    Street address or P.O. Box

    St. Louis, MO 63121
    City/County/State/ Zip Code

    1(800) 282-2881
    Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

<u>Same main address, but incidents were in buildings 4 & 6</u>
(Street Address)          (City/County)          (State)   (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

<u>July of 2013 through out December of 2015.</u>

### ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

    \_\_\_\_\_ Yes   Date filed: _____

    ✓ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

    ✓ Yes   Date filed: <u>December 23, 2015</u>

    \_\_\_\_\_ No

8.  Have you received a Notice of Right-to-Sue Letter?

    ✓ Yes                              \_\_\_\_\_ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

    \_\_\_\_\_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

    \_\_\_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

\_\_\_\_ failure to hire me

✓ termination of my employment

✓ failure to promote me

\_\_\_\_ failure to accommodate my disability

✓ terms and conditions of my employment differ from those of similar employees

✓ retaliation

✓ harassment

✓ other conduct (specify): Schedule/shift changes, increased surveillance, privacy invasion, assault, involvement in employment discrimination litigation, and deprivation of rights under color of law.

Did you complain about this same conduct in your charge of discrimination?

✓ Yes          \_\_\_\_ No

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

___ religion

___ national origin

✓ color

✓ gender

___ disability

___ age (my birth date is: _____)

✓ other: _sex \ sexual orientation and gender identity. I'm a transgender woman._

Did you state the same reason(s) in your charge of discrimination?

✓ Yes   ___ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

_See attached documents, pages 1-11, for detailed description._

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

✓ are still being committed by the defendant.

___ are no longer being committed by the defendant.

✓ may still be being committed by the defendant.

**REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

See attached documents pages 9-10, for detailed request for relief.

Signed this 9 day of March, 2017.

_Obed Brown_
Signature of Plaintiff