**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| OBED BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00866 HEA |
| ) | |
| EXPRESS SCRIPTS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SEAL

Defendant, Express Scripts Services Company,[1] by its undersigned counsel and pursuant to Local Rule 83-13.05(A), moves this Court to seal the following pleadings in the above-captioned matter:

- Doc. 69, Plaintiff's Reply to Defendant's Brief.

1. On March 9, 2017, Plaintiff Obed Brown ("Plaintiff") filed a Complaint against Defendant.

2. Plaintiff's filings since her Complaint have contained various personal and sensitive allegations regarding non-party individuals, as well as other confidential information. As a result, Defendant previously moved to seal numerous filings by Plaintiff. *See* Doc. 29; Doc. 36; Doc. 52; Doc. 61; Doc. 65. The Court granted those Motions in December 2017, June 2018, and August 2018. *See* Doc. 32; Doc. 37; Doc. 54; Doc 63; Doc. 68.

3. On August 20, 2018, Plaintiff filed a Reply to Defendant's Brief. *See* Doc. 69.

---

[1] Plaintiff incorrectly identifies Defendant as "Express Scripts." Plaintiff was employed by Express Scripts Services Company.

1

4. Plaintiff's Reply included unsubstantiated, highly-inflammatory allegations, similar to those found in her previous filings, including allegations of rape and assault by Defendant's employees, who are not parties in the above-referenced matter.

5. In order to protect the personal information of and prevent any harm to the named non-party individuals, it is necessary for the Court to seal the above-listed pleadings and exhibits in this matter.

WHEREFORE, Defendant Express Scripts Services Company respectfully requests an Order sealing the above-listed pleading and for such other necessary relief as the Court deems appropriate.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Eric A. Todd*
Eric A. Todd, #46919MO
Julia B. Drafahl, #66892MO
Mallory M. Stumpf, #70377MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: (314) 802-3935
Facsimile: (314) 802-3936
eric.todd@ogletree.com
julia.drafahl@ogletree.com
mallory.stumpf@ogletree.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2018, a copy of the foregoing was sent via electronic mail and U.S. Mail to the following:

>Obed Brown
>6145 Lalite
>St. Louis, MO 63136
>obedbrown@yahoo.com
>
>*Pro se* Plaintiff

                                                    */s/ Eric A. Todd*
                                                  Attorney for Defendant

35296836.1