**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| OBED BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00866 HEA |
| ) | |
| EXPRESS SCRIPTS, ) | |
| ) | |
| Defendant. ) | |

**ITEMIZATION AND SUPPORTING DOCUMENTATION
FOR DEFENDANT'S BILL OF COSTS**

Supporting documentation of itemized costs is attached, as outlined and itemized below pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. §1920 and 1924.

A.  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:   **$ 2,784.95**

| | |
|---|---|
| Veritext – Depositions of Jennifer Green, Jennifer Morris and Kristin Robertson | $1,650.70 |
| Veritext – Depositions of Adam Flowers and Michale Holiday | $1,134.25 |

B.  Fees for services of subpoenas:   **$ 275.00**

| | |
|---|---|
| Markell & Associates – service of subpoena on Matthews Witthaus | $125.00 |
| Markell & Associates – service of subpoenas on Kelly Services, Inc. and Target Corporation | $150.00 |

**TOTAL ITEMIZED COSTS:   $ 3,059.95**

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Eric A. Todd*
Eric A. Todd, #46919MO
Julia B. Drafahl, #66892MO
Mallory M. Stumpf, #70377MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Phone: (314) 802-3935
Facsimile: (314) 802-3936
eric.todd@ogletree.com
julia.drafahl@ogletree.com
mallory.stumpf@ogletree.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, a copy of the foregoing was sent via electronic mail and U.S. Mail to the following:

Obed Brown
6145 Lalite
St. Louis, MO 63136
obedbrown@yahoo.com

*Pro se* Plaintiff

*/s/ Eric A. Todd*
Attorney for Defendant

38462692.1

**Veritext, LLC**
**Midwest Region**

515 Olive St. Ste 300
St. Louis MO 63101
Tel. 800-472-0445 Fax. 312-442-9085
Fed. Tax ID: 20-3132569



| Bill To: | Julia Drafahl Esq.
Ogletree Deakins Nash Smoak & Stewart, PC
7700 Bonhomme Ave
Suite 650
St. Louis, MO, 63105 | | Invoice #: | CHI3519016 |
|---|---|---|---|---|
| | | | Invoice Date: | 10/22/2018 |
| | | | Balance Due: | $1,650.70 |

| Case: | Brown, Obed v. Express Scripts |
|---|---|
| Job #: | 3031612 | Job Date: 10/4/2018 | Delivery: Normal |
| Billing Atty: | Julia Drafahl Esq. |
| Location: | Thomas Eagleton US Courthouse
111 S 10th St | ADR Suite - DEF
St. Louis, MO 63102 |
| Sched Atty: | Julia Drafahl Esq. | Ogletree Deakins Nash Smoak & Stewart, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jennifer Green | Original Transcript | Page | 94.00 | $3.95 | $371.30 |
| | Exhibits | Per Page | 18.00 | $0.25 | $4.50 |
| Jennifer Morris | Original Transcript | Page | 118.00 | $3.95 | $466.10 |
| | Exhibits | Per Page | 18.00 | $0.25 | $4.50 |
| Kristen Robertson | Original Transcript | Page | 124.00 | $3.95 | $489.80 |
| | Exhibits | Per Page | 18.00 | $0.25 | $4.50 |
| | Attendance Fee-Hrly | Hour | 7.00 | $35.00 | $245.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $42.50 | $42.50 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,650.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,650.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information.

---

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI3519016 |
|---|---|
| Job #: | 3031612 |
| Invoice Date: | 10/22/2018 |
| Balance: | $1,650.70 |

**Veritext, LLC**
**Midwest Region**

515 Olive St. Ste 300
St. Louis MO 63101
Tel. 800-472-0445 Fax. 312-442-9095
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Julia Drafahl Esq.<br>Ogletree Deakins Nash Smoak & Stewart, PC<br>7700 Bonhomme Ave<br>Suite 650<br>St. Louis, MO, 63105 | Invoice #: | CHI3557175 |
|---|---|---|---|
| | | Invoice Date: | 11/27/2018 |
| | | Balance Due: | $1,134.25 |

| Case: | Brown, Obed v. Express Scripts |
|---|---|
| Job #: | 3069161 | Job Date: 11/6/2018 | Delivery: Normal |
| Billing Atty: | Julia Drafahl Esq. |
| Location: | Thomas Eagleton US Courthouse |
| | 111 S 10th St | ADR Suite - Conf. Room A<br>St. Louis, MO 63102 |
| Sched Atty: | Julia Drafahl Esq. | Ogletree Deakins Nash Smoak & Stewart, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Adam Flowers | Original Transcript | Page | 115.00 | $3.95 | $454.25 |
| Michele Holiday | Original Transcript | Page | 110.00 | $3.95 | $434.50 |
| | Attendance Fee-Hrly | Hour | 5.00 | $35.00 | $175.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $42.50 | $42.50 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,134.25 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,134.25 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information.

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI3557175 |
|---|---|
| Job #: | 3069161 |
| Invoice Date: | 11/27/2018 |
| Balance: | $1,134.25 |



**Markell & Associates, Inc.**
*Exemplary Legal Services*
2300 WEST PORT PLAZA DRIVE, SUITE 202
ST. LOUIS, MISSOURI 63146
(314) 469-5555  FAX (314) 469-7338
markellservices@charter.net
www.markellegal.com
FEIN: 43-1167329

February 18, 2019

Eric A. Todd, Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
7700 Bonhomme Ave., Suite 650
St. Louis, Missouri 63105
**Attn: Susan L. Horneker**

**INVOICE #OGDA167**

RE:   **OBED BROWN  v.  EXPRESS SCRIPTS**

Immediate service of Subpoena on UI Health-Family Care Centers, Matthew Witthaus, M.D., by personal service on Heidi Brown, Designee/Person-In-Charge, at 401 Holly Hills Ave., St. Louis, Missouri 63111 on February 11, 2019, 2:16 p.m.; Affidavit of Return of Service enclosed.

**TOTAL: $125.00**

**INVOICE DUE UPON RECEIPT**

50+ YEARS OF EXPERIENCED PERSONNEL EST 1978

PROCESS SERVICE LEGAL PHOTOGRAPHY SKIP TRACE SPECIALISTS


QUALITY ASSURANCE

AFFIDAVITS OF SERVICE SPANNING FIVE CONTINENTS
DECADES OF RENOWNED DILIGENCE AND RELIABILITY



**Markell & Associates, Inc.**
*Exemplary Legal Services*
2300 WEST PORT PLAZA DRIVE, SUITE 202
ST. LOUIS, MISSOURI 63146
(314) 469-5555  FAX (314) 469-7338
markellservices@charter.net
www.markellegal.com
FEIN: 43-1167329

February 8, 2019

Eric A. Todd, Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
7700 Bonhomme Ave., Suite 650
St. Louis, Missouri 63105
**Attn: Susan L. Horneker**

### INVOICE #OGDA166

RE:   OBED BROWN  v.  EXPRESS SCRIPTS

Service of Subpoena on Kelly Services, Inc. c/o CT Corporation System, Registered Agent, by personal service on Bonnie Love, Designee/Person-In-Charge, at 120 South Central Ave., Clayton, Missouri 63105 on February 7, 2019, 1:05 p.m.; Affidavit of Return of Service enclosed.

Service of Subpoena on Target Corporation c/o CT Corporation System, Registered Agent, by personal service on Bonnie Love, Designee/Person-In-Charge, at 120 South Central Ave., Clayton, Missouri 63105 on February 7, 2019, 1:05 p.m.; Affidavit of Return of Service enclosed.

**TOTAL: $150.00**

**INVOICE DUE UPON RECEIPT**



AFFIDAVITS OF SERVICE SPANNING FIVE CONTINENTS
DECADES OF RENOWNED DILIGENCE AND RELIABILITY

Case: 4:17-cv-00866-HEA  Doc. #: 125-1  Filed: 05/17/19  Page: 7 of 8 PageID #: 1050

Billed and Unbilled Recap Of Cost Detail - [034017-000070 - Obed Brown v. Express Scripts]  Page 3
Client:034017 - Express Scripts Holding Company   5/17/2019 2:31:20 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/22/2018 | 2199 | Julia Drafahl | 5170 | 1.00 | 1,650.70 | 1,650.70 | Depositions - Veritext - Depos of Jennifer | 9871351 |

Billed and Unbilled Recap Of Cost Detail - [034017-000070 - Obed Brown v. Express Scripts] Page 4
Client:034017 - Express Scripts Holding Company    5/17/2019 2:31:20 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/28/2019 | | Invoice=1984207 | | 1.00 | 1,650.70 | 1,650.70 | Green, Jennifer Morris and Kristin Robertson - | |
| | | | | | | | on 10/04/18 - Jennifer Green, Jennifer Morris, | |
| | | | | | | | Kristin Robertson^ | |
| | | | | | | | Bank ID: PCACH Check Number: 90210568 | |
| | | Voucher=1797658 Paid | | | | | Vendor=Veritext  Balance= .00  Amount= 1650.70 | |
| | | | | | | | Check #90210568  11/20/2018 | |
| 11/27/2018 | 2199 | Julia Drafahl | 5170 | 1.00 | 1,134.25 | 1,134.25 | Depositions - Veritext - Transcripts of Adam | 9951747 |
| 01/18/2019 | | Invoice=2022980 | | 1.00 | 1,134.25 | 1,134.25 | Flowers and Michale Holiday - on 11/06/18 - | |
| | | | | | | | Adam Flowers and Michale Holiday^ | |
| | | | | | | | Bank ID: PCACH Check Number: 90213638 | |
| | | Voucher=1813723 Paid | | | | | Vendor=Veritext  Balance= .00  Amount= 1134.25 | |
| | | | | | | | Check #90213638  12/18/2018 | |
| 02/08/2019 | 2028 | Susan Horneker | 5550 | 1.00 | 150.00 | 150.00 | Professional Fees - Markell & Associates, Inc. | 10237546 |
| | | | | | | | Service of Subpoena on Kelly Services | |
| | | | | | | | Bank ID: STLCF Check Number: 37001996 | |
| | | Voucher=1897681 Paid | | | | | Vendor=Markell & Associates, Inc.  Balance= .00  Amount= | |
| | | | | | | | 150.00 | |
| | | | | | | | Check #37001996  05/13/2019 | |
| 02/18/2019 | 4334 | Adriana Chavez | 5190 | 1.00 | 125.00 | 125.00 | Service/Filing Fee - Markell & Associates, Inc. | 10063865 |
| 03/13/2019 | | Invoice=2050438 | | 1.00 | 125.00 | 125.00 | - Service on Matthew Witthaus - on 02/11/19^ | |
| | | | | | | | Bank ID: PCOPER Check Number: 70176441 | |
| | | Voucher=1843427 Paid | | | | | Vendor=Markell & Associates, Inc.  Balance= .00  Amount= | |
| | | | | | | | 125.00 | |
| | | | | | | | Check #70176441  03/12/2019 | |